**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-31184 cons/w
No. 99-31332

SCHUYLER RUHLMAN LOUAPRE, Individually and as the
executrix of the estate of Imelda B. Ruhlman,

Plaintiff-Appellant,

VERSUS

TOYOTA MOTOR CORPORATION, ET AL.,

Defendants,

TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES USA, INC.,

Defendants-Appellees.

Appeals from the United States District Court
For the Eastern District of Louisiana
97-CV-3584

February 12, 2001

Before REYNALDO G. GARZA, DAVIS and JONES, Circuit Judges.

PER CURIAM:[1]

AFFIRMED. See 5th Circuit Rule 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.